AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA

In re: STEVEN E. HIGHT,  )
        Plaintiff,  )
                                   )  **JUDGMENT IN A CIVIL CASE**
                                   )  CASE NO. 7:08-CV-189-F

\_\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_X\_  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the court finds that Mr. Hight has demonstrated good cause, as directed, therefore this matter is DISMISSED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **November 18, 2008**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Steven E. Hight
715 W. Johnson Street
Suite 104
Raleigh, NC 27603

| | |
|---|---|
| November 18, 2008 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |

Page 1 of 1
Case 7:08-cv-00189-F   Document 5   Filed 11/18/08   Page 1 of 1